UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANDREW ROWLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 4:14CV-087 |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendant, | ) ) ) |

## ORDER

By consent of the parties as filed with the Court, this case is hereby **DISMISSED** with prejudice. The Clerk is directed to close this case.

**SO ORDERED** this _____ day of December, 2014.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia